**Dismissed for Want of Prosecution and Memorandum Opinion filed June 4, 2026**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00195-CV

### DIANA JOHNSON, Appellant

### V.

### TEXAS DOUBLE R INV, LLC AND SEGAL PROPERTIES, Appellees

**On Appeal from the County Court at Law No 1
Bell County, Texas
Trial Court Cause No. 25CCV01476**

### MEMORANDUM  OPINION

This is an appeal from a judgment signed October 15, 2025. Appellant timely filed a notice of appeal, and her brief was due in this Court on April 6, 2026. On April 29, 2026, we issued a notice stating that unless appellant filed a brief on or before May 11, 2026, the appeal would be subject to dismissal without further notice for want of prosecution.[1]

---

[1]    *See* TEX. R. APP. P. 42.3(b).

To date, appellant has not filed a brief or other response. We dismiss the appeal.


PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.